

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2020

No. 04-19-00826-CR

Richard **BRITTAIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 589944
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

The State's brief was due on August 28, 2020, and on that date, the State filed a motion requesting a ten day extension of time to file its brief. After consideration, we **GRANT** the State's motion and **ORDER** the State to file its brief **by September 7, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court